IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERITAGE VALLEY HEALTH SYSTEM, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | )    2:19-cv-1535-RJC ) ) |
| NUANCE COMMUNICATIONS, INC. | ) ) |
| Defendant. | ) |

## **ORDER**

AND NOW, this 13th day of August, 2020, it is hereby ORDERED that for the reasons stated in the Opinion filed contemporaneously hereto, the Motion to Dismiss filed on behalf of Defendant Nuance Communications, Inc. (ECF No. 9) be and the same hereby is GRANTED WITH PREJUDICE.  The Clerk of Court shall mark this case as closed.

s/ *Robert J. Colville*
Robert J. Colville
United States District Judge

Cc:  Record counsel via CM-ECF